UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MIKE MCCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:14-cv-472-TAV-HBG |
| | ) |
| G.UB.MK CONSTRUCTORS, and | ) |
| JACOBS ENGINEERING GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Plaintiff's Motion for Substitution of Counsel [Doc. 74], filed on May 26, 2016. The Motion requests that Ellis A. "Sandy" Sharp and the firm Stokes Williams Sharp be withdrawn as counsel of record and that Attorney James K. Scott and his legal practice be substituted as attorney of record for the Plaintiff. The motion is signed by both Attorney Sharp and Attorney Scott.

Although the motion is styled as a Motion for Substitution of Counsel, the Court observes that Attorney Scott has been counsel of record since the inception of this case. Where a party is represented by multiple counsel of record, as is the case here, the attorney withdrawing need only file a notice of withdrawal. E.D.TN. LR 83.4(f). However, it appears that both attorneys were previously apart of the same firm, but Attorney Scott has since separated, which the Court assumes has promoted the instant motion. Therefore, the Court will find that the Plaintiff's Motion for Substitution of Counsel [**Doc. 74**] is well-taken, and the same is **GRANTED**. Attorney Sharp and the firm Stokes Williams Sharp are **RELIEVED** of their duties in this

matter, and Attorney Scott shall remain counsel of record for the Plaintiff.  Attorney Scott is **DIRECTED** to update his contact information in CM/ECF.

    **IT IS SO ORDERED.**

                      ENTER:

                      */s/ Bruce Guyton*
                      United States Magistrate Judge