UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| GREG ADKISSON, et al., | ) | | |
| Plaintiffs, | ) | | |
| v. | ) | No.: | 3:13-CV-505-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | *Lead Case Consolidated with* | |
| | ) | | |
| KEVIN THOMPSON, et al., | ) | | |
| Plaintiffs, | ) | | |
| v. | ) | No.: | 3:13-CV-666-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | as *consolidated with* | |
| | ) | | |
| JOE CUNNINGHAM, et al., | ) | | |
| Plaintiffs, | ) | | |
| v. | ) | No.: | 3:14-CV-20-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | | |
| Defendant. | ) | | |
| | ) | | |
| BILL ROSE, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:15-CV-17-TAV-HBG |

| | |
|---|---|
| JACOBS ENGINEERING GROUP, INC., ) | |
| Defendant. ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | |
| CRAIG WILKINSON, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No.: 3:15-CV-274-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., ) | |
| Defendant. ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | |
| ANGIE SHELTON, as wife and next of ) | |
| Kin on behalf of Mike Shelton, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No.: 3:15-CV-420-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., et al., ) | |
| Defendants. ) | |
| ──────────────────────────── ) | |
| JOHNNY CHURCH, ) | |
| Plaintiff, ) | |
| v. ) | No.: 3:15-CV-460-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., et al., ) | |
| Defendants. ) | |
| ) | |
| ──────────────────────────── ) | |
| DONALD R. VANGUILDER, JR., ) | |

|  |  |
|---|---|
| Plaintiff, | ) |
| v. | ) No.: 3:15-CV-462-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) |
| Defendant. | ) |
|  | ) |

### Affidavit of STEPHANIE JOHNSON

**STATE OF TENNESSEE** )
                         ) SS:
**COUNTY OF KNOX** )

Comes now the affiant, Stephanie Johnson, who after first being duly sworn according to law, says as follows:

1. That I am a citizen and resident of the state of Tennessee, am over the age of eighteen (18) years, am testifying herein to matters of my own personal knowledge and am competent to testify to the matters stated herein.

2. I am a paralegal for the law firm of Stewart Dupree, PA.

3. I was asked to seek out information where to send a Freedom of Information Act request with regard to the U.S. Coast Guard in Mobile, Alabama, Gulf Strike Team Office, concerning their involvement in the Kingston Fly Ash spill.

4. Following the deposition of John Parker on August 9, 2016, I began my search on Google for the U.S. Coast Guard in Mobile, Alabama, which was identified at 1110 Montlimar Drive #285, Mobile, AL, with a telephone number of 251-441-6124. I called that telephone number and it was disconnected. I then clicked on the website allegedly associated with the U.S. Coast Guard at the address above, and it was an Aviation Training Center. I clicked on the field for Contact Information which led me to telephone number 251-441-6401. A gentleman attempted to look up information for the Gulf Strike Team Office and could not locate any information and told me to call 251-441-6001. I called that number and was advised by a

gentleman who identified himself as Commander Rodney Rios who advised that the Gulf Strike Team is not a part of them, that they are a completely separate unit, apologized for my difficulty in getting any information, and said he would help me locate and identify the right people/location to send a request. Mr. Rios then took my name and contact information and said he would have someone call me back to assist me. As of the date of this Affidavit, I have had no such contact by anyone with the U.S. Coast Guard on where to make a Freedom of Information Act request concerning the Gulf Strike Team's involvement in the Kingston Fly Ash spill.

5. I reviewed the deposition transcript of Mr. John Parker to confirm my information was correct concerning the name of the team, location, etc., and my previously provided information was correct. Further, in reviewing Mr. Parker's deposition, no late filed exhibits have been submitted as of today's date.

Further affiant saith not.

_____
Stephanie Johnson, Affiant

Sworn to and subscribed before me on this 31st day of August, 2016.

_____
Notary Public

My Commission Expires:

05/07/17